RECEIVED

AUG 0 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TAMRA STEWARD AND BILLY R. STEWARD | CIVIL ACTION 3-04-1544 |
| VERSUS | U.S. DISTRICT JUDGE ROBERT G. JAMES |
| P. O. INVESTMENTS, INC. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendant's motion for summary judgment, Doc. 21, is DENIED.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 8 day of August 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE