RECEIVED

AUG 0 8 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TAMRA STEWARD AND BILLY R. STEWARD | CIVIL ACTION 3-04-1544 |
| VERSUS | U.S. DISTRICT JUDGE ROBERT G. JAMES |
| P. O. INVESTMENTS, INC. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendant United States's motion to dismiss or for summary judgment, Doc. 24, is GRANTED.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 8 day of August 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE